HOWARD L. HIBBARD, ESQ (#80987)
LAW OFFICES OF HOWARD L. HIBBARD
22963 Hesperian Boulevard, Suite 210
Hayward, CA 94541
Facsimile: (510) 783-1645
Telephone: (510) 786-1781

Attorneys for Plaintiff
PURCELL RHOADES & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURCELL RHOADES & ASSOCIATES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY, GULF UNDERWRITERS INSURANCE COMPANY, AND DOES 1-10,<br><br>Defendants. | No. C 03-03812 BZ ARB<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE** |

PURCELL RHOADES & ASSOCIATES, INC. hereby dismisses with prejudice its complaint for declaratory relief, bad faith and breach of contract against CLARENDON AMERICA INSURANCE COMPANY.

DATED:

Does not comply
with Rule 41(a)(1)

LAW OFFICES OF HOWARD L. HIBBARD

By: /s/ Howard L. Hibbard
HOWARD L. HIBBARD
Attorneys for Plaintiff
PURCELL RHOADES & ASSOCIATES, INC.

22522\350451

-1-

REQUEST FOR DISMISSAL WITH PREJUDICE

BOORNAZIAN,
JENSEN & GARTHE
1800 HARRISON STREET
25TH FLOOR
OAKLAND, CA 94612-3434
(510) 834-4350