DAVID T. DIBIASE (Bar No. 56883)
GARY J. VALERIANO (Bar No. 89644)
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
EMAIL: dtd@amclaw.com
gjv@amclaw.com

Attorneys for GULF UNDERWRITERS
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PURCELL, RHOADES & ASSOCIATES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>CLARENDON AMERICA INSURANCE COMPANY, GULF UNDERWRITERS INSURANCE COMPANY, AND DOES 1-10, <br><br>Defendants. | Case No. C 03-03812 BZ ARB <br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

A settlement having been reached in this matter between plaintiff PURCELL RHOADES & ASSOCIATES, INC. and defendant GULF INSURANCE COMPANY and between plaintiff PURCELL RHOADES & ASSOCIATES, INC. and defendant CLARENDON INSURANCE COMPANY, pursuant to F.R.C.P. 41(a)(1), the parties hereto stipulate to the dismissal of the

561350.1 05592.069

C 03-03812 BZ ARB
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  entirety of the above-captioned matter, with prejudice, each party to bear its own costs and
2  attorneys' fees.
3  DATED: July 21, 2005                     ANDERSON, McPHARLIN & CONNERS LLP
4
5                                            By: _____
6                                                David T. DiBiase
                                                  Gary J. Valeriano
7                                            Attorneys for GULF UNDERWRITERS INSURANCE
                                             COMPANY
8  DATED: July 21, 2005                     LAW OFFICES OF HOWARD L. HIBBARD
9
10
11                                           By: _____
                                                  Howard L. Hibbard
12                                           Attorneys for PURCELL, RHOADES &
                                             ASSOCIATES, INC.
13 DATED: July ___, 2005                    BOORNAZIAN JENSEN & GARTHE
14
15
16                                           By: _____
                                                  Alan E. Swerdlow
17                                                James Thomas Breeden
                                             Attorneys for CLARENDON AMERICA INS. CO.
18
19     IT IS SO ORDERED.
20
21 DATED: ~~July ___, 2005~~

22     August 2, 2005
23                                           _____
                                             The Honorable Bernard Zimmerman
24                                           UNITED STATES DISTRICT COURT JUDGE
25
26
27
28

*[Stamp: IT IS SO ORDERED / Judge Bernard Zimmerman / United States District Court, Northern District of California]*

861350.1 05592.069

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

2                                                                          C 03-03812 BZ ARB
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

entirety of the above-captioned matter, with prejudice, each party to bear its own costs and attorneys' fees.

DATED: July 3!, 2005                ANDERSON, McPHARLIN & CONNERS LLP

By: _____
David T. DiBiase
Gary J. Valeriano
Attorneys for GULF UNDERWRITERS INSURANCE COMPANY

DATED: July ___, 2005               LAW OFFICES OF HOWARD L. HIBBARD

By: _____
Howard L. Hibbard
Attorneys for PURCELL, RHOADES & ASSOCIATES, INC.

DATED: July 26, 2005                BOORNAZIAN JENSEN & GARTHE

By: _____
Alan E. Swerdlow
James Thomas Breeden
Attorneys for CLARENDON AMERICA INS. CO.

IT IS SO ORDERED.

DATED: July ____, 2005

_____
The Honorable Bernard Zimmerman
UNITED STATES DISTRICT COURT JUDGE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594